# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)  Jackson, Richard B. | 2. Court or Organization  UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO | 3. Date of Report  04/22/2018 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  DISTRICT JUDGE | 5a. Report Type (check appropriate type)  ☐ Nomination   Date  ☐ Initial   ☑ Annual   ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2017 to 12/21/2017 |

**7. Chambers or Office Address**

US Courthouse
901 19th St
Denver CO 80294

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jackson, Richard B. | 04/22/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2017 | PERA STATE OF COLORADO | $72,232.02 |
| 2. 2017 | SOCIAL SECURITY | $29,178.00 |
| 3. 2017 | IRA DISTRIBUTION | $106,540.00 |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2017 | SELF-EMPLOYED TRAVEL AGENT |
| 2. 2017 | SOCIAL SECURITY |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jackson, Richard B. | 04/22/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jackson, Richard B. | 04/22/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. IRA #1 | | | | | | | | | |
| 2. -ASG MANAGED FUTURES STRATEGY FUND | A | Dividend | | | Sold | 08/22/17 | J | A | |
| 3. -VANGUARD VALUE VIPERS | B | Dividend | L | T | | | | | |
| 4. -DREYFUS BASIC S AND P 500 | A | Dividend | L | T | | | | | |
| 5. -VANGUARD EXTENDED MKT VIPERS | A | Dividend | K | T | | | | | |
| 6. -VANGUARD GROWTH VIPERS | A | Dividend | L | T | | | | | |
| 7. -BNY MELLON MUNICIPAL OPPORTUNITIES FUND | A | Dividend | J | T | | | | | |
| 8. -BNYMELLON NATIONAL INTERMEDIATE MUNICIPAL BOND FUND | B | Dividend | L | T | | | | | |
| 9. -DREYFUS HIGH YIELD FUND | A | Dividend | J | T | | | | | |
| 10. -DREYFUS FLOATING RATE INC | A | Dividend | J | T | | | | | |
| 11. -DREYFUS GLOBAL RETURN | A | Dividend | J | T | | | | | |
| 12. -DREYFUS DIVERSIFIED EMR MKTS | A | Dividend | K | T | | | | | |
| 13. -DREYFUS MIDCAP INDEX FUND | A | Dividend | L | T | Buy (add'l) | 02/02/17 | L | | |
| 14. -DREYFUS SMALL CAP | | None | J | T | Buy | 11/06/17 | J | | |
| 15. -ISHARES MSCI EAFE INDEX FD | A | Dividend | L | T | Buy (add'l) | 06/21/17 | L | | |
| 16. -ADVANTAGE GLO DYNAMIC TOTAL RETURN FUND | | None | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jackson, Richard B. | 04/22/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 17. -US TREASURY NOTE 0.875% 1/31/17 | A | Interest | | | Sold | 01/31/17 | K | A | |
| 18. -US TREASURY NOTE 0.875% 1/15/18 | A | Interest | K | T | | | | | |
| 19. BROKERAGE ACCOUNT #1 | | | | | | | | | |
| 20. -FED HOME LN MTG CORP | A | Dividend | L | T | | | | | |
| 21. -FEDERAL HOME LNMTG CORP | A | Dividend | K | T | | | | | |
| 22. -FED HOME LOAN BANKS | B | Dividend | | | Sold | 07/31/17 | K | A | |
| 23. -US TREASURY NOTE 7/17 | A | Interest | | | Sold | 07/31/17 | K | A | |
| 24. -US TREASURY NOTE 2% 11/21 | A | Interest | L | T | | | | | |
| 25. -U.S.TREASURY NOTE 2.25% 4/30/21 | B | Interest | L | T | | | | | |
| 26. -U.S.TREASURY NOTE 2% 2/15/22 | A | Interest | L | T | | | | | |
| 27. -U.S.TREASURY NOTE 2/% 7/31/20 | A | Interest | L | T | | | | | |
| 28. -US TREASURY NOTE 2% 2/23 | A | Interest | K | T | | | | | |
| 29. -BERKSHIRE HATHAWAY INC 2/11/23 | A | Interest | K | T | | | | | |
| 30. -GEN ELECT CAP CPR 9/17 | A | Interest | | | Sold | 09/15/17 | K | A | |
| 31. -INTEL CORP 12/15/22 | A | Interest | K | T | | | | | |
| 32. -AT & T INC 2/1/2018 | A | Interest | K | T | | | | | |
| 33. -AIM STIT TREASURY PORTFOLIO | | None | | | Sold | 01/05/17 | L | B | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jackson, Richard B. | 04/22/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 34. -SPDR TRUST SERIES 1 | D | Dividend | | | Sold | 08/23/17 | L | A | |
| 35. -ISHARES TR MIDCAP | B | Dividend | L | T | Sold (part) | 10/23/17 | J | C | |
| 36. -SPDR DOW JONES INDUSTRIAL AVERAGE | D | Dividend | | | Sold | 01/09/17 | L | B | |
| 37. -ISHARES MSCI EAFE INDX FUND | D | Dividend | M | T | | | | | |
| 38. -RYDEX ASG MANAGED FUTURES STRATEGY FD | A | Dividend | | | Sold | 08/23/17 | K | A | |
| 39. -FED HOME LN MTG CORP | B | Dividend | M | T | | | | | |
| 40. -FED NAT MTG ASSN | B | Dividend | K | T | | | | | |
| 41. -BEAR STEARRNS CO 4.65% 7/2/18 | B | Interest | K | T | | | | | |
| 42. -DFA EMERGING CORE EQUITY | A | Dividend | L | T | Buy (add'l) | 08/23/17 | K | | |
| 43. -DREYFUS BASIC S AND P 500 STOCK INDEX | D | Dividend | N | T | | | | | |
| 44. -DREYFUS DIVERSIFIED INTL | A | Dividend | L | T | | | | | |
| 45. -DREYFUS HIGH YIELD 1 | B | Dividend | L | T | Buy (add'l) | 01/05/17 | K | | |
| 46. -DREYFUS FLOATING RATE INCOME FUND | A | Dividend | L | T | Buy (add'l) | 08/23/17 | K | | |
| 47. -DREYFUS SELECT MGER SCAP | A | Dividend | L | T | | | | | |
| 48. -DREYFUS SELECT MGER SCAP GROWTH FUND | | None | K | T | Buy | 08/23/17 | K | | |
| 49. -BNY MELLON INCOME STOCK FUND | C | Dividend | M | T | Sold (part) | 03/03/17 | L | E | |
| 50. -BNY MELLON CORP BOND | B | Dividend | M | T | Buy (add'l) | 09/21/17 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jackson, Richard B. | 04/22/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 51. -BNY MELLON BOND FUND | B | Dividend | M | T | Buy (add'l) | 09/21/17 | K | | |
| 52. -BNY MELLONINTL EQUITY INCOME FUND | A | Dividend | K | T | | | | | |
| 53. -ADVANTAGE DYNAMIC TOTAL RETURN FUND | | None | K | T | Buy | 12/14/17 | K | | |
| 54. -ASG MANAGED FUTURES STRATEGY FD | A | Dividend | | | Sold | 08/23/17 | K | A | |
| 55. -JOHN DEERE CAPITAL CORP 2% 1/13/17X | B | Dividend | | | Sold | 08/23/17 | K | A | |
| 56. -ANHEUSER BUSCH 25000 .2.5% 7/15/22 | A | Dividend | K | T | | | | | |
| 57. -ASG GLOBAL ALTERNATIVES FUND B | | None | | | Sold | 12/14/17 | K | A | |
| 58. -ASTRAZENECA PLC 9/18/2019 | A | Interest | K | T | | | | | |
| 59. -BLACKROCKK INC 3.5% 3/24 | A | Interest | K | T | | | | | |
| 60. -CATERPILLAR INC 2.6% 6/22 | A | Interest | K | T | | | | | |
| 61. -PEPSICO INC 3.125% 11/20 | A | Interest | K | T | | | | | |
| 62. -VERIZON COMM INCL 3.55 11/21 | A | Interest | K | T | | | | | |
| 63. -WELLS FARGO & CO 3/4/21 | A | Interest | L | T | | | | | |
| 64. 401(k) #1 | | | | | | | | | |
| 65. -PERAdvantage Income Fund | B | Dividend | K | T | | | | | |
| 66. -PERAdvantage Fixed Income | B | Dividend | K | T | | | | | |
| 67. -PERAdvantgage US Large Cap Stk | B | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jackson, Richard B. | 04/22/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 68. -PERAdvantage Intl Stock Fd | B | Dividend | J | T | | | | | |
| 69. BROKERAGE ACCOUNT #2 | | | | | | | | | |
| 70. --ALAMEDA CNTYH CA TRANSPO AUTHO 3/1/205% | A | Interest | L | T | | | | | |
| 71. -ADVANTAGE DYN TOTAL REFTURN | | None | L | T | Buy (add'l) | 12/08/17 | L | | |
| 72. -AMERICAN TOWER CORP | A | Dividend | J | T | | | | | |
| 73. -CHEVRON CORP | B | Dividend | K | T | | | | | |
| 74. -XIRIWNA DINuxiL FEOUP CITIZENS | A | Dividend | | | Sold | 12/08/17 | J | C | |
| 75. -EXXON MOBIL | C | Dividend | L | T | | | | | |
| 76. -GENERAL ELECTRIC CO | A | Dividend | | | Sold | 08/24/17 | K | C | |
| 77. -UNION PAC CORP | A | Dividend | K | T | | | | | |
| 78. -UNITED TECHNOLOGIES CORP | A | Dividend | | | Sold | 05/24/17 | K | E | |
| 79. -WALT DISNEY CO | A | Dividend | J | T | | | | | |
| 80. -STARBUCKS CORP | C | Dividend | N | T | | | | | |
| 81. -NESTLE S A SPONSORED ADR REPSTG REG | A | Dividend | L | T | | | | | |
| 82. -PEPSICO INC | A | Dividend | K | T | | | | | |
| 83. -PROCTER & GAMBLE CO | B | Dividend | K | T | | | | | |
| 84. -JOHNSON & JOHNSON | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jackson, Richard B. | 04/22/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 85. -PFIZER INC | A | Dividend | J | T | | | | | |
| 86. -INVESCO LTD | A | Dividend | J | T | | | | | |
| 87. -WELLS FARGO AND CO | A | Dividend | | | Sold | 08/24/17 | J | B | |
| 88. -ACCENTURE PLC | A | Dividend | J | T | | | | | |
| 89. -APPLE INC | A | Dividend | K | T | | | | | |
| 90. -ASG MANAGED FUTURES STRATEGY FUND | A | Dividend | | | Sold | 08/22/17 | K | A | |
| 91. -GOOGLE INC/ALPHABET | | None | J | T | | | | | |
| 92. -SALESFORCE.COM INC | | None | J | T | | | | | |
| 93. -ISHARES MSCI EAFE INDEX FD | C | Dividend | M | T | | | | | |
| 94. -ISHARES MSCI EMERGING MKTS | B | Dividend | L | T | Buy | 05/24/17 | L | | |
| 95. -VANGUARD EXTENDED MARKET VIPERS INDEX FUND | A | Dividend | M | T | | | | | |
| 96. -SNOWMASS VIG CO | B | Interest | | | Sold | 12/15/17 | L | A | |
| 97. -EL PASO CTY CO REV | B | Interest | L | T | | | | | |
| 98. -BNY MELLON MUNICIPAL OPPORTUNITIES | B | Dividend | M | T | | | | | |
| 99. -TUALATIN HILL OR 6.21 | B | Interest | L | T | | | | | |
| 100. -PROVO UTAH 4% 1/20 | B | Interest | L | T | | | | | |
| 101. -BEACHWOOD OHIO 12/19 | B | Interest | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jackson, Richard B. | 04/22/2018 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 102. -VERIZON COMMUNCATIONS | A | Dividend | J | T | | | | | |
| 103. -ALIGN TECH | | None | J | T | Buy | 06/28/17 | J | | |
| 104. -AMAZON .COM INC | A | Dividend | J | T | | | | | |
| 105. -INTERCONTINENTAL EXCHANGE | A | Dividend | K | T | | | | | |
| 106. -INTEL CORP | A | Dividend | | | Sold | 05/24/17 | J | A | |
| 107. -ADOBE SYSTEMS INC | | None | J | T | | | | | |
| 108. -CELANESE CORP | A | Dividend | J | T | | | | | |
| 109. -CORNING INC | A | Dividend | K | T | Buy | 08/24/17 | K | | |
| 110. -DEERE AND CO | A | Dividend | K | T | Buy | 08/24/17 | K | | |
| 111. -DOMINION RES INC | A | Dividend | J | T | | | | | |
| 112. -DOUGLAS CNT CO SCH 5/25% 12/15/21 | A | Interest | L | T | | | | | |
| 113. -DREYFUS MIDCAP INDEX FUND | A | Dividend | L | T | | | | | |
| 114. -DREYFUS SMALL CAP STOCK INDX | | None | K | T | Buy | 06/22/17 | K | | |
| 115. -EATON CORP | A | Dividend | J | T | Buy | 05/24/17 | J | | |
| 116. -EL PASO CNTY CO SCH 5%9/15/24 | A | Interest | L | T | | | | | |
| 117. -EXELON CORP | A | Dividend | J | T | | | | | |
| 118. -JP MORGAN CHASE | A | Dividend | K | T | Buy | 12/08/17 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 119. -MANSFIELD TX WTR SWR REVN 9/1/19 | A | Interest | L | T | | | | | |
| 120. -MICROSOFT CORP | A | Dividend | J | T | | | | | |
| 121. -NXP SEMICONDUCTORS | A | Dividend | | | Sold | 06/28/17 | J | B | |
| 122. -NUCOR CORP | A | Dividend | K | T | | | | | |
| 123. -PALO ALTO NETWORKS INC | | None | | | Sold | 03/22/17 | J | A | |
| 124. -PLATTE RIVER CO PWER 5% 6/1/24 | A | Interest | K | T | | | | | |
| 125. -QUALCOMM INC | A | Dividend | | | Sold | 06/28/17 | J | A | |
| 126. -TAIWAN SEMICONDUCTOR MFG | A | Dividend | J | T | | | | | |
| 127. -VISA INC | A | Dividend | J | T | | | | | |
| 128. -CHARLES SCHWAB CORP | A | Dividend | J | T | | | | | |
| 129. -EAGLE GARFIELD 4.0% 12/22 | A | Interest | L | T | | | | | |
| 130. -FACEBOOK INC | | None | J | T | | | | | |
| 131. -ADVANTAGE GLOBAL | A | Dividend | | | Sold | 08/24/17 | K | B | |
| 132. -DENVER CITY & CTY CO SCH 12/19/2021 4% | B | Interest | L | T | | | | | |
| 133. -DREYFUS FLOATING RATE INCOME FUND | A | Dividend | L | T | Buy (add'l) | 05/22/17 | L | | |
| 134. -DREYFUS GLOBAL REAL RETURN FUND | A | Dividend | | | Sold | 12/07/17 | K | A | |
| 135. -DREYFUS INTL SMALL CAP FUND | A | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 136. -ACTAVIS PLC/ALLERGAN | | None | L | T | | | | | |
| 137. -AVAGO TECH | A | Dividend | K | T | | | | | |
| 138. -ABBOTT LABS | A | Dividend | J | T | | | | | |
| 139. -HARTFORD FINANCIAL SERVICES | A | Dividend | K | T | | | | | |
| 140. -DREYFUS HIGH YIELD FD | A | Dividend | K | T | Buy (add'l) | 08/22/17 | K | | |
| 141. IRA #2 | | | | | | | | | |
| 142. -BNY MELLON INTERM BOND FUND CLASS M | B | Dividend | L | T | | | | | |
| 143. -BNY EMERGING MKTS | A | Dividend | J | T | Buy | 05/22/17 | J | | |
| 144. -BNY MELLON SHORT TERM US GOVERNMENT SEC FUND | A | Dividend | J | T | | | | | |
| 145. -BNY MELLON BOND FUND | A | Dividend | L | T | Buy | 08/23/17 | L | | |
| 146. -DREYFUS YIELD ENHANCEMENT STRATEGY FUND | A | Dividend | J | T | | | | | |
| 147. -ADVANTAGE GLO DYNAMIC TOTAL RETURN | | None | J | T | Buy (add'l) | 08/23/17 | J | | |
| 148. -DREYFUSDIVERSIFIED INTERNATIONAL FUND | A | Dividend | K | T | | | | | |
| 149. -DREYFUS BASIC S AND P 500 STOCK INDEX FD | B | Dividend | L | T | | | | | |
| 150. -DREYFUS INFLATION ADJUST SECURITY FUND | A | Dividend | J | T | | | | | |
| 151. -DREYFUS MIDCAP INDEX | A | Dividend | K | T | | | | | |
| 152. -DREYFUS SELECT MANAGER SC | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jackson, Richard B. | 04/22/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 153. -ASG MANAGED FUTURES STRATEGY FUND | A | Dividend | | | Sold | 08/23/17 | J | A | |
| 154. -ASG GLOBAL ALTERNATIVES | | None | | | Sold | 12/15/17 | J | A | |
| 155. BROKERAGE ACCOUNT #3 | | | | | | | | | |
| 156. -DREYFUS LARGE FUND GROWTH FUND CLASS I | A | Dividend | K | T | | | | | |
| 157. BROKERAGE ACCOUNT #4 | | | | | | | | | |
| 158. -CIT GROUP INC NEW | A | Dividend | J | T | | | | | |
| 159. -DIVERSIFIED REAL ASSET INCOME FIND//NUVEEN | A | Dividend | J | T | | | | | |
| 160. -GABELLI DIVIDEND & INCOME TRUST | A | Dividend | J | T | | | | | |
| 161. -AIM INV INVESCO VAN KAMPEN CORP BOND FD. | B | Dividend | K | T | | | | | |
| 162. -AIM INV INVESTCO VAN KAMPEN HIGH YD FD CLASS A | A | Dividend | K | T | | | | | |
| 163. -PLUM CREEK TIIMBER CO INC/ Weyerheuser CO | A | Dividend | J | T | | | | | |
| 164. -WELLSFARGO WEALTH BUILDER MODERATE BALANCE FUND | A | Dividend | K | T | | | | | |
| 165. -WELLS FARGO BANK (VARIOUS ACCOUNTS) | A | Interest | K | T | | | | | |
| 166. TRUST #1 | | | | | | | | | |
| 167. -SPDR S AND P 500 FD | A | Dividend | K | T | Sold (part) | 03/09/17 | J | A | |
| 168. -I-SHARES MSCI EMERGING MKTS FD | A | Dividend | J | T | | | | | |
| 169. -BNYMELLON INCOME STOCK | A | Dividend | | | Sold | 03/03/17 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jackson, Richard B. | 04/22/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 170. -BNY MELLON NATL INTER MUN BD FUND | A | Dividend | L | T | Sold (part) | 03/07/17 | K | A | |
| 171. -BNY MELLON NAT S/T MIN BD FUND | A | Dividend | J | T | | | | | |
| 172. -BNY MELLON SMALL CAP MULTI STRATEGY | | None | J | T | | | | | |
| 173. -DREYFUS HIGH YIELD FD | A | Dividend | J | T | | | | | |
| 174. -DREYFUS FLOATING RATE INCOME FUND | A | Dividend | J | T | | | | | |
| 175. -DREYFUS BNY MEL ALTERNATIVE DIVERSIFIER STRAT FUND | A | Dividend | J | T | | | | | |
| 176. -DREYFUS INTL SMALL CAP FUND | | None | | | Sold | 03/09/17 | J | A | |
| 177. -DFA EMERGING MARKETS CORE EQUITY | D | Dividend | J | T | | | | | |
| 178. TRUST #2 | | | | | | | | | |
| 179. -SPDR S&P500ETF(fnaSPDR TRust series 1) | B | Dividend | L | T | Sold (part) | 03/09/17 | J | A | |
| 180. -ISHARES MSCI EAFE INDX FD | A | Dividend | K | T | | | | | |
| 181. -VANGUARD EXTENDED MTK VIPERS | A | Dividend | K | T | | | | | |
| 182. -BNY MELLONNATL MUNI MONEY MKT FD | A | Dividend | | | Sold | 03/07/17 | J | A | |
| 183. -BNY MELLON INCOME STOCK FUND | A | Dividend | J | T | | | | | |
| 184. -BNY SMALL CAP MULTI STRATEGY | A | Dividend | J | T | | | | | |
| 185. -DREYFUS HIGH YIELD FUND | A | Dividend | J | T | | | | | |
| 186. -DREYFUS FLOATING RATE INCOME FUND | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 187. -DREYFUS DIVERSIFIED INTL | | None | K | T | | | | | |
| 188. -DREYFUS MID CAP | | None | J | T | Buy | 03/03/17 | J | | |
| 189. -DREYFUS DIVERSIFIED EMERG MKTS | A | Dividend | J | T | | | | | |
| 190. -DREYFUS INTL SMALL CAP | | None | J | T | | | | | |
| 191. -BNYMELLON NATIONAL SHORT TERM MUN FUND | A | Dividend | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jackson, Richard B. | 04/22/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

   I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

   I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.


Signature:  s/ **Richard B. Jackson**


NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)


Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544